

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00394-CR

**THE STATE OF TEXAS**,
Appellant

v.

James Ray **JUNEK**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR14-0145
Honorable Susan Harris, Judge Presiding

# O R D E R

The Appellee's First Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on October 28, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court